**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**David T. DONES, Petitioner**

**No. 28 MAL 2017**

Supreme Court of Pennsylvania.

May 16, 2017

## ORDER

PER CURIAM

**AND NOW**, this 16th day of May, 2017, the Petition for Allowance of Appeal is **DENIED**.

**Robert FISHER, Petitioner**

v.

**WORKERS' COMPENSATION AP-
PEAL BOARD (DISH NET-
WORK), Respondent**

**No. 807 MAL 2016**

Supreme Court of Pennsylvania.

May 16, 2017

## ORDER

PER CURIAM

**AND NOW**, this 16th day of May, 2017, the Petition for Allowance of Appeal and the Application for Stay are **DENIED**.